■ In the Matter of CHRISTINA M. and Others, Children Alleged to be Abused and/or Neglected. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMES M., Appellant. [668 NYS2d 301] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: The determination of Family Court that respondent sexually abused his stepdaughter and thereby neglected his two other children is supported by a preponderance of the evidence (*see,* Family Ct Act § 1046 [b]; *Matter of Nicole V.,* 71 NY2d 112, 117, *rearg denied sub nom. Matter of Francis Charles W.,* 71 NY2d 890). The order, however, recites that the three children were abused. Where, as here, an order and decision conflict, the decision controls (*see, Di Prospero v Ford Motor Co.,* 105 AD2d 479, 480). We therefore modify the order by deleting the first and second ordering paragraphs and substituting therefor the following: "ADJUDGED that the facts sufficient to sustain the petition herein have been established, in that: the Respondent did abuse the subject child Christina M. and thereby neglect the subject children Richard R. and Billie M.", and "ADJUDGED that the above-named child Christina M. is an abused child as defined in Family Court Act § 1012 (e) (iii) and that the above-named children Richard R. and Billie M. are neglected children as defined in Family Court Act § 1012 (f) (i) (B)" (*see generally,* CPLR 5019 [a]; *Littlefield v Goldome Bank,* 142 AD2d 978). Finally, we conclude that respondent received meaningful representation (*see, Matter of James HH.,* 234 AD2d 783, 784-785, *lv denied* 89 NY2d 812). (Appeal from Order of Oswego County Family Court, Roman, J.—Abuse.) Present—Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.